Prior U.S. Cl.: 200

Reg. No. 2,609,395

**United States Patent and Trademark Office**   Registered Aug. 20, 2002

## COLLECTIVE MEMBERSHIP
### PRINCIPAL REGISTER



YAF FOUNDATION (DELAWARE CORPORATION)
POST OFFICE BOX 3951
WILMINGTON, DE 19807

FOR: INDICATING MEMBERSHIP IN APPLICANT WHICH IS A CONSERVATIVE YOUTH ORGANIZATION TO FURTHER THE PURPOSES AND GOALS OF THE ORGANIZATION WHICH ARE SET FORTH IN THE SHARON STATEMENT, IN CLASS 200 (U.S. CL. 200).

FIRST USE 9-11-1960; IN COMMERCE 9-11-1960.

THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

SEC. 2(F) AS TO "YOUNG AMERICANS FOR FREEDOM FOUNDED 1960".

SER. NO. 76-250,296, FILED 5-3-2001.

BARBARA A. GOLD, EXAMINING ATTORNEY