Case 1:23-cv-00253-CMH-IDD   Document 1-5   Filed 02/24/23   Page 1 of 7 PageID# 23

**Become a patron**

# Know Your Enemy
a podcast about the American right

## Select a membership level

### Young Americans for Freedom

**$5**
PER MONTH

**Join**

or save 10% if you pay annually

This tier is to make sure Sam doesn't subsist exclusively on hot dogs. We put a lot of time, research, and care into each episode. To keep doing that, we need your support.

YAF members will receive:
- Access to Patreon-only **Bonus Episodes**
- Our eternal adoration and gratitude
- The comfort of knowing Sam might be eating a **vegetable** right now

### You might like

### West Coast Straussians

**$10**
PER MONTH

**Join**

or save 10% if you pay annually

All YAF tier benefits plus:
- Access to an **exclusive KYE-inspired Spotify playlist**, curated by Matt and Sam, updated biweekly. We can't play copyrighted country music on the podcast anymore, but we can share it with you.
- The **exoteric** *and* **esoteric** meaning of all our content
- Digital subscription to **DISSENT** magazine



**Become a patron**

John Birchers

**$25**

PER MONTH

**Join**

or save 10% if you pay annually

All lower tier benefits plus:
- The option to participate in an **intimate, once-a-month group video**

Show more

|  4,971  | $23,929 |
|---|---|
| PATRONS | PER MONTH |

Share     Follow

## About Know Your Enemy

A leftist's guide to the conservative movement, one podcast episode at a time, with co-hosts Matthew Sitman and Sam Adler-Bell.

**Become a patron to**



**65**
Unlock 65 exclusive posts

Listen anywhere

Connect via private message

## Recent posts by Know Your Enemy

Know Your Enemy posted 4 times in the last month



Unlock this post
by becoming a patron



**Become a patron**

NOVEMBER 11 AT 5:22 PM    🔒 Locked

### How Fetterman Won (w/ Joe Calvello)

This is episode is a little different. Listeners know that Matt and Sam have been following John Fetterman's run for the U.S. Senate in Penn

Continue reading

8 Comments    32 Likes



Unlock this post
by becoming a patron

Join now

NOVEMBER 9 AT 6:55 PM    🔒 Locked

### The Red Ripple (Midterm Debrief)

Matt and Sam give you the straight dope on what happened on Tuesday. Full pundit mode activated.

Continue reading

14 Comments    36 Likes



0:00      1:31:10

NOVEMBER 6 AT 12:35 PM

### Nixon Agonistes

"What is best and weakest in America goes out to reciprocating strength and deficiencies in Richard Nixon." It's difficult to think of a more electric meeting of author and subject than Garry Wills and Richard Nixon, a meeting that produced what might be the best book ever written about American politics, Wills's *Nixon Agonistes: The Crisis of the Self-Made Man*. What begins as reporting from the campaign trail during the 1968 presidential contest—where Wills introduces us to Nixon, George Wallace, Nelson Rockefeller, and more—eventually becomes a profound meditation on the fate of liberalism in the United States. Wills found in Nixon the key to unlocking the

Continue reading

    14 Comments    53 Likes

11/18/22, 2:34 AM
Know Your Enemy is creating a podcast about the American right | Patreon
Case 1:23-cv-00253-CMH-IDD   Document 1-5   Filed 02/24/23   Page 4 of 7 PageID# 26



OCTOBER 31 AT 12:34 PM                                                    🔒 Locked

## State of the States (w/ Aaron Kleinman)

Sam talked to Aaron Kleinman of The States Project (aka @BobbyBigWheel) about the battle to defend American democracy at the state level.

Continue reading

7 Comments            24 Likes



0:00                                                                      1:13:46

OCTOBER 17 AT 2:50 PM

## Why Conservatives Love Baseball (w/ David Roth)

At long last, an episode about baseball—America's national pastime, and a sport that conservatives in the United States seem to especially love. To understand baseball's appeal, both to conservatives and the rest of us, Matt and Sam are joined by David Roth of Defector Media, a brilliant, funny writer who also is a long suffering Mets fan. Topics include: the start of the MLB playoffs, baseball's interesting place in American history, varieties of conservative baseball fans, and more!

Continue reading

                                                     18 Comments    31 Likes





**Become a patron**

OCTOBER 5 AT 7:01 PM                                                                                          🔒 Locked

### Giorgia Meloni's Neo-Fascism (w/ David Broder)

Sam is joined by David Broder to discuss the recent victory of neo-fascist Giorgia Meloni in Italian general elections.

Continue reading

2 Comments        25 Likes



Unlock this post
by becoming a patron

Join now

SEPTEMBER 23 AT 4:14 PM                                                                                       🔒 Locked

### I Taught the Sheriff (w/ John Ganz)

John Ganz joins Matt and Sam for a characteristically spirited discussion of The Claremont Institute's "Sheriff Fellowship."

Continue reading

14 Comments       41 Likes



0:00                                                                                                          1:28:14

SEPTEMBER 20 AT 11:55 AM

### After the Theocons (w/ Damon Linker)

Damon Linker is an idiosyncratic figure among political writers—trained by Straussians as a political philosopher, he's a former editor of First Things, the flagship publication for intellectual religious conservatives, who broke with that publication over the Iraq War (among other things) and is now a self-described centrist. He's also a longtime friend of the podcast, who recently started his own attempt to grapple with what's happening in the GOP and among conservatives, a Substack newsletter he titled *Eyes on the Right.*

Continue reading

                                                                        13 Comments    37 Likes



**Become a patron**

SEPTEMBER 12 AT 2:34 PM

## On Barbara Ehrenreich (w/ Alex Press & Gabriel Winant)

This episode was unplanned, but when Barbara Ehrenreich died on September 1, 2022, we felt an urge to honor her memory and the profound influence she has had on the American left, socialism, feminism, and our collective thinking about class struggle. From her work in the women's health movement of the 1960s, to her theorizing (with ex-husband John Ehrenreich) of the "professional-managerial class" in the 1970s, to her explorations of Reagan-era yuppie pathologies, and her renowned exposé of low-wage work in 2001's *Nickel*

Continue reading

10 Comments   38 Likes



Unlock this post
by becoming a patron

**Join now**

AUGUST 31 AT 3:14 PM                                              Locked

## A Low, Dishonest Decade: The Right in the 1990s (w/ Nicole Hemmer)

In this episode, historian Nicole Hemmer returns to the show to discuss her new book, Partisans, about the ascendancy of an angrier, more ra

Continue reading

12 Comments   24 Likes

**See all 93 posts**

# How it works
#### GET STARTED IN 2 MINUTES


CHOOSE A MEMBERSHIP


SIGN UP


ADD A PAYMENT METHOD


GET BENEFITS

Become a patron

Language: English (United States)

Currency: USD

WHAT IS PATREON?

By supporting creators you love on Patreon, you're becoming an active participant in their creative process. As a member, you receive exclusive content, community access, behind-the-scenes updates, and the pride of fueling work that matters to you.

CAN I CANCEL MY PLEDGE ANY TIME?

Yes, you can easily cancel or upgrade your pledge at any time!

LEARN MORE

About
Privacy
Policy & Terms
Accessibility
Help Center & FAQ

© Patreon Sitemap

*600 Townsend Street, Suite 500*
*San Francisco, CA 94103*
*USA*
*Phone: +1 (833) 972-8766*

