IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:23-cv-00253__, Case Name __Young America's Foundation v. Sitman et al__
Party Represented by Applicant: __Matthew Sitman; Sam Adler-Bell; Foundation for the Study of Independent Social Ideas, Inc.; Dissent Publishing Corporation__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Brian Matthew Hauss__
Bar Identification Number __5437751__   State __New York__
Firm Name __American Civil Liberties Union Foundation__
Firm Phone # __212-549-2500__   Direct Dial # __212-549-2604__   FAX # __N/A__
E-Mail Address __bhauss@aclu.org__
Office Mailing Address __125 Broad Street, New York, New York 10004__

Name(s) of federal district court(s) in which I have been admitted __See attached document__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_/s/ Brian Hauss_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Eden B. Heilman                          05/03/2023
(Signature)                                  (Date)
Eden Heilman                                 93554
(Typed or Printed Name)                      (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ or Exemption Granted ☐

The motion for admission is GRANTED ☐ or DENIED ☐

_____          _____
(Judge's Signature)                    (Date)

## Brian Matthew Hauss Court Admissions (Federal District Courts)

| Court | Admission Date | Bar No. |
| --- | --- | --- |
| U.S. District Court for the Northern District of California | 04/07/2016 | N.A. |
| U.S. District Court for the Eastern District of Michigan | 05/11/2016 | N.A. |
| U.S. District Court for the Southern District of New York | 08/30/2016 | BH8861 |
| U.S. District Court for the District of North Dakota | 01/04/2017 | N.A. |