IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION,<br>    Plaintiff,<br><br>v.<br><br>MATTHEW SITMAN, and individual; SAM ADLER-BELL, an individual; FOUNDATION FOR THE STUDY OF INDEPENDENT SOCIAL IDEAS, INC.; and DISSENT PUBLISHING CORPORATION (aka DISSENT MAGAZINE),<br>    Defendants. | Case No. 1:23-cv-253-CMH-IDD |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Young America's Foundation hereby gives notice that this action is voluntarily dismissed. No defendant has served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 11, 2023

| | |
|---|---|
| */s/ Jeffrey R. Adams*<br>Jeffrey R. Adams<br>Virginia Bar No. 43411<br>Lauren R. Darden<br>Virginia Bar No. 72867<br>WHARTON ALDHIZER & WEAVER, PLC<br>125 South Augusta Street, Suite 2000<br>Staunton, Virginia 24401<br>Phone: (540) 434-0316<br>Fax: (540) 213-0390<br>jadams@wawlaw.com<br>ldarden@wawlaw.com<br>**Attorney for Plaintiff** | */s/ Mark F. Warzecha*<br>Mark F. Warzecha (*pro hac vice*)<br>Florida Bar No. 0095779<br>Jessica Honeycutt (*pro hac vice*)<br>Florida Bar No. 1025604<br>WIDERMAN MALEK, PL<br>1990 West New Haven Ave., Suite 201<br>Melbourne, FL  32904<br>Phone: (321) 255-2332<br>Fax: (321) 255-2351<br>MFW@USLegalTeam.com<br>JHoneycutt@USLegalTeam.com<br>**Attorney for Plaintiff** |